## DIANE JEAN MANZI, Appellant, *v.* SHERIFF, CLARK COUNTY, NEVADA, Respondent.

### No. 10529

March 15, 1978                    576 P.2d 274

*William S. Skupa,* Las Vegas, for Appellant.

*Robert List,* Attorney General, Carson City; *George E. Holt,* District Attorney, and *L. J. O'Neale,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

This appeal from an order denying a pretrial habeas corpus challenge to the portion of an indictment which charges appellant with conspiracy to sell a controlled substance is reversed on the authority of, and for the same reasons stated in Myers v. Sheriff, 94 Nev. 120, 576 P.2d 273 (1978). The case is remanded with instructions to dismiss the conspiracy charge.